FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 APR -4 PM 3: 25

MIDDLE DISTRICT OF FLORI.
JACKSONVILLE, FLORIDA

DANNIS CONROL WOODS,

        Plaintiff,

v.                              Case No. 3:08-cv-239-J-20TEM

FSP SECURITY STAFF;
et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 6, 2008, Plaintiff, an inmate of the Florida penal system proceeding *pro se* and *in forma pauperis*, initiated this action by filing a Complaint (Doc. #1). In the Complaint, Plaintiff states that he has filed four prior lawsuits in federal court. See Complaint at 5. However, Plaintiff has other previously-filed cases, and this Court takes judicial notice of those cases:

        6:98-cv-315 (Middle District, Orlando Division)
        5:08-cv-95 (Middle District, Ocala Division)

Plaintiff's substantive arguments and his knowledge of the procedural rules convince this Court that Plaintiff understands the requirements of fully informing the Court regarding previous filings, the facts and claims of the previous lawsuits and the specific reasons for dismissal. Further, on the same date as the filing of the case now before this Court, Plaintiff filed two other cases (Case Nos. 3:08-cv-240-J-25JRK and 3:08-cv-238-J-33HTS).

This Court has the authority to control and manage matters such as this pending before it. This Court firmly believes that Plaintiff must conform to acceptable standards in approaching this Court. This Court will not tolerate incomplete statements in any pleading or motion filed for consideration by the Court. If the Court cannot rely on the statements made, it threatens the quality of justice. Here, Plaintiff has provided incomplete information regarding his previously-filed cases. It is imperative that Plaintiff notify the Court of his previously-filed cases in the federal and state courts. Finally, if Plaintiff has previously-filed cases in other federal courts, he must notify this Court of those cases as well.

If Plaintiff chooses to refile, he must follow the dictates of this Order by notifying the Court of the above-listed previously-filed cases (as well as the three cases filed on March 6, 2008, in this Court) and by complying with the civil rights complaint form. Further, he must notify the Court of previously-filed cases in state court. Thus, this Court is of the opinion that this case should be dismissed without prejudice for abuse of the judicial process in failing to fully and completely notify the Court of his previously-filed cases. However, Plaintiff may refile and follow the instructions and format of the enclosed civil rights complaint form.

Accordingly, it is now

ORDERED AND ADJUDGED:

1. This case is hereby **dismissed without prejudice.**

2. The **Clerk of the Court** shall send a Civil Rights Complaint form and an Affidavit of Indigency form to Plaintiff. In refiling, Plaintiff shall either file a fully completed Affidavit of Indigency (if Plaintiff desires to proceed as a pauper) **or** pay the $350.00 filing fee (if Plaintiff does not desire to proceed as a pauper). Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims.

3. The Clerk of the Court shall enter judgment **dismissing this case without prejudice.**

4. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

sa 4/1
c:
Dannis Conrol Woods